No. 1950.—State of Louisiana, ex rel. Michael Welsh, v. The Judge of the Ninth Judicial District of Louisiana.

Whenever the Judge of the District Court is personally interested in the suit he shall call upon the Parish Judge of the parish where the suit is pending to try the case. Constitution of 1868, art. 90.

APPLICATION for a Mandamus. H. S. Lasse, Attorney and Agent for petitioner for mandamus.

Ludeling, C. J. An application is made to this court for a writ of mandamus to compel the Judge of the Ninth Judicial District Court of Louisiana to call upon the parish judge of the parish of Rapides to try the suit number eighty and a half on the docket of the Ninth District Court, held in the parish of Rapides.

The answer of the Judge is considered insufficient to justify his conduct. Article 90 of the Constitution of this State declares when the

District Judge is personally interested in the suit, he shall call upon the parish judge to try the case. Ordering a suit to be placed on *a recused* docket, *simply*, is not a compliance with the requirements of the Constitution.

We think that the order prayed for by the defendant in the suit number eighty and a half, entitled John and W. H. Osborn *v.* Michael Welsh, should have been granted.

It is therefore ordered that the mandamus issued in this case commanding the Judge of the Ninth Judicial District of Louisiana to call upon the parish judge of the parish of Rapides, to try the case of John and W. H. Osborn *v.* Michael Welsh, pending in the District Court held in and for the parish of Rapides, be made peremptory.